FILED
CLERK, U.S. DISTRICT COURT

JANUARY 9, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ch_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 2:19-cr-322-DMG |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| JORGE ALBERTO PRADO, | |
| Defendant. | |

On January 9, 2024, Defendant Jorge Alberto Prado made his initial appearance on a pending petition for revocation of supervised release. Mr. Prado submitting on the government's request for detention.

Following an arrest for alleged violation of the terms of supervised release, a defendant bears the burden of establishing, by clear and convincing evidence, that he would not pose a risk of flight or a danger to any other person or the community if released. Fed. R. Crim. P. 32.1(a)(6). The Court finds that Mr. Prado has not carried that burden. At present, Mr. Prado does not have a stable residence, has unknown bail resources, and has sustained several violations for failure to comply

with the conditions of release. Based on the information before the Court at this point, it does not appear that there are additional conditions that could be added that would protect the safety of the community or ensure Mr. Prado's appearance as required.

    IT IS THEREFORE ORDERED that Mr. Prado is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: January 9, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE