FILED
CLERK, U.S. DISTRICT COURT

OCT - 9 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ALBERTO PRADO,<br><br>Defendant. | Case No. CR 19-00322-DMG<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On October 9, 2024, Defendant Jorge Alberto Prado made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on October 2, 2024. Deputy Federal Public Defender Rebecca Abel was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Clifford Mpare. A detention hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ the petition alleges that Defendant was terminated from residential treatment due to absconding, failed to report for scheduled sex offender treatment and failed to notify his probation office as required within 72 hours of leaving the treatment center.

    ☒ Defendant has prior revocations based on similar conduct – absconding from drug treatment programs, and a failure to appear in court for a revocation hearing

    ☒ No Bail resources

    ☒ Admitted use of cocaine while on supervised release.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition (see above);

    ☒ continued use of cocaine while on supervised release

    ☒ extensive criminal history.

## III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 9, 2024

                                                         /s/
                                    ALKA SAGAR
                       UNITED STATES MAGISTRATE JUDGE